## P0613767
## STATEMENT OF PROBABLE CAUSE

I state that on 7-23-06 while exercising my duties as a law enforcement officer in the Eastern district of CA

While parked on South Side Drive (fully marked NPS patrol vehicle #G14-01507) I observed Grey Mercury Four Door traveling East at what appeared to be a high rate of speed (Visual estimation 50 mph) in excess of the posted speed limit of 35 mph. I used a KUSTOM GOLDEN EAGLE RADAR unit, serial number EC 415, equipped with audio Doppler tone, and used in stationary mode from a fixed point with my patrol vehicle (V-4) in park, which indicated the vehicle was traveling 48 miles per hour.

Vehicle was stopped and the driver identified by his California Drivers License as Ammon MCNEELY.

I completed a DUI investigation and arrested MCNEELY for Driving under the influence of alcohol.

The foregoing statement is based upon:

_x_ my personal observation
___ my personal investigation
___ info supplied me by my fellow officer's
_x_ other (see explanation above)

I declare under penalty of perjury that the information that I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

7/25/06            [signature]
_____  _____
Date               Officer's signature

---

**United States District Court**
**Violation Notice**

CVB Location Code: CA76

Violation Number: P 0613767
Officer Name (Print): Foster
Officer No.: 194

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7/23/06 2060
Offense Charged: 36 CFR 4.21(c)
Place of Offense: Southside Drive

Offense Description: Speed 48 mph in 35 zone +13

**DEFENDANT INFORMATION**   Phone: (   ) -
Last Name: McNeely
First Name: Ammon
M.I.: J

City: LK Arrowhead
State: CA
Zip Code: 92352

Drivers License No.: A4471057
D.L. State: CA
Social Security No.:

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: BRN   Eyes: BRN   Height: 6-00   Weight: 165

**VEHICLE DESCRIPTION** VIN:
Tag No. | State | Year | Make/Model | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Arrest

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy          NPS 10-50 (Rev. 7-05)

P0613768
STATEMENT OF PROBABLE CAUSE
I state that on 07-23-06 while exercising my duties as a law enforcement officer in the Eastern district of CA

I observed Grey Mercury traveling in an erratic manner, with the headlights wobbling toward me, I observed the vehicle to be traveling at a high rate of speed which I estimated at 50 mph in a posted 35 mile per hour zone. I verified the speed of the vehicle with a certified RADAR unit from my patrol vehicle (V4) which indicated the vehicle was traveling 48 mph. I caught up to the vehicle and used my overhead emergency lights to initiate a traffic stop. As I pulled in behind the vehicle it braked hard and then appeared to coast, passing one paved turnout and a gravel turnout before stopping on at a third gravel pullout.

I made a traffic stop of the vehicle and identified the operator as AMMON MCNEELY from his CA DL. I smelled the odor of alcohol coming from the vehicle and from MCNEELY'S breath when he spoke. I conduct a DUI investigation with SFST performed, including HGN, One leg stand, and the walk and turn test, all of which indicated MCNEELY was impaired. A preliminary Alco-test was refused by MCNEELY.

I arrested MCNEELY for DUI and transported him to the Yosemite holding facility where I performed an EPAS evidentiary breath test which twice indicated a BrAC of .19 grams of alcohol per 210 liters Br equivalence.

The foregoing statement is based upon:
___ my personal observation
_✓_ my personal investigation
___ info supplied me by my fellow officer's
___ other (see explanation above)
I declare under penalty of perjury that the information that I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

7/23/06                    [signature]
Date                       Officer's signature

---

**United States District Court Violation Notice**

CVB Location Code: CA74

Violation Number: P 0613768
Officer Name (Print): Foster
Officer No.: 194

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 7/23/06
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 4.23(a)(1)

Place of Offense: Southside Drive

Offense Description: DUI

**DEFENDANT INFORMATION**  Phone: (    )
Last Name: McNeely
First Name: Ammon
M.I.: J

City: Lk Arrowhead
State: CA
Zip Code: 92352
Date of Birth: —

Drivers License No.: A 4471057
D.L. State: CA
Social Security No.:

☒ Adult  ☐ Juvenile   Sex: ☒ Male  ☐ Female
Hair: BRN   Eyes: BRN   Height: 6-00   Weight: 165

**VEHICLE DESCRIPTION**  VIN:
Tag No.   State   Year   Make/Model   Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Arrest

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address                 Date (mm/dd/yyyy)
                              Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant Signature _____

Original - CVB Copy            NPS 10-50 (Rev. 7-05)

P0619253

## STATEMENT OF PROBABLE CAUSE

I state that on 07-19-06 while exercising my duties as a law enforcement officer in the Eastern district of CA

After initiating a traffic stop for speed and erratic driving on a grey Mercury sedan, I identified the operator as Ammon MCNEELY from his California driver's license.

While talking with MCNEELY I smelled the odor of an alcoholic beverage upon his person, and upon his breath when he spoke. I had MCNEELY step out of the vehicle where I observed that he had blood shot and watery eyes. I performed Standardized Field Sobriety tests on MCNEELY. MCNEELY failed the three standardized tests and subsequently refused an Alco-Sensor FST Preliminary Breath Tester. I arrested MCNEELY and transported him to the Yosemite Holding Facility where I administered a Drager EPAS Alco-test 7410 Plus, (SSN# ARRF-0349) which twice indicated a Breath Alcohol Level of .19 grams of alcohol per 210 liters of breath equivalent.

The foregoing statement is based upon:
✓ my personal observation
✓ my personal investigation
___ info supplied me by my fellow officer's
___ other (see explanation above)

I declare under penalty of perjury that the information that I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

7/23/06
Date

Officer's signature

---

**United States District Court Violation Notice**

CVB Location Code: CA76

Violation Number: P 0613769
Officer Name (Print): Foster
Officer No.: 194

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 7/23/06
Offense Charged: 36 CFR 4.23(a)(2)
Place of Offense: Southside Drive
Offense Description: DUI w/ BAC ≥ .08

**DEFENDANT INFORMATION**

Last Name: McNeely
First Name: Ammon
M.I.: J

City: Lk Arrowhead
State: CA
Zip Code: 92352

Drivers License No.: A4471057
D.L. State: CA

☒ Adult  ☐ Juvenile  Sex: ☒ Male ☐ Female
Hair: BRN  Eyes: BRN  Height: 6-00  Weight: 165

**VEHICLE DESCRIPTION**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Arrest

$25 Processing Fee

Original - CVB Copy    NPS 10-50 (Rev. 7-0?)