```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   PETER CARTER, NY Bar #2366318
    Assistant Federal Defender
3   Designated Counsel for Service
    P.O. Box 631
4   Yosemite, California  95389
    Telephone: (559) 372-0306
5
    Attorney for Defendant
6   AMMON J. MCNEELY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:06-mj-00120 WMW |
| Plaintiff, | ) ) | APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF |
| v. | ) ) | COUNSEL FOR SERVICE |
| AMMON J. MCNEELY, | ) ) | |
| Defendant. | ) ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for AMMON J. MCNEELY, and designate new counsel for service as follows:

> Peter Carter
> Assistant Federal Defender
> P.O. Box 631
> Yosemite, California  95389

Former counsel for service was Elizabeth T. Hey.

I hereby certify that I am an attorney admitted to practice in this court.

Dated: August 24, 2006                     /s/ Peter Carter
                                           PETER CARTER
                                           Assistant Federal
                                           Attorney for Defendant
                                           Ammon J. McNeely

Appearance and Change in Designation of Counsel