1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  STEVE J. BETZ, Bar #234510
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  AMMON J. MCNEELY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:06-mj-0120 WMW |
| Plaintiff, | APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE |
| v. | |
| AMMON J. MCNEELY, | |
| Defendant. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for AMMON J. MCNEELY, and designate new counsel for service as follows:

        Steve J. Betz
        Staff Attorney
        2300 Tulare Street, Suite 330
        Fresno, CA 93721-2226
        Telephone: 559-487-5561

Former counsel for service was Peter Carter.

I hereby certify that I am an attorney admitted to practice in this court.

Dated: October 3, 2006                        /s/ Stephen J. Betz
                                                              STEPHEN J. BETZ
                                                              Staff Attorney
                                                              Attorney for Defendant
                                                              Ammon J. McNeely

Appearance and Change in Designation of Counsel