1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   STEPHEN BETZ, Bar #234510
    Staff Attorney
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

6   Attorney for Defendant AMMON MCNEELY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 06-mj-0120 WMW
                                       )
12              Plaintiff,             )   DEFENDANT'S NOTICE OF MOTION AND
                                       )   MOTION TO SUPPRESS EVIDENCE
13       v.                            )
                                       )   Date:   November 1, 2006
14  AMMON MCNEELY,                     )   Time:   10:00 a.m.
                                       )   Judge:  Hon. William M. Wunderlich
15              Defendant.             )
                                       )
16  _____   )

17

18  TO:   McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND BETH WALDOW:

19       PLEASE TAKE NOTICE that on November 1, 2006, at 10:30 a.m. in the courtroom of the

20  Honorable Judge William M. Wunderlich at the United States Courthouse in Yosemite National Park,

21  Defendant, Ammon McNeely, by and through his attorney of record, will and does hereby move this court

22  for an order suppressing evidence of items more fully described in the memorandum of points and

23  authorities in support of this motion.

24       This motion is based on the court file, the attached memorandum of points and authorities with

25  declaration, declaration of counsel, and such further law and evidence as may be presented at time of the

26  hearing.

27  ///

28  ///

1  Dated:  October 13, 2006

2                                        Respectfully submitted,

3                                        DANIEL J. BRODERICK
                                         Federal Defender

4                                        /S/ Stephen Betz
                                         STEPHEN BETZ

5                                        Staff Attorney
                                         Attorney for Defendant

6                                        AMMON MCNEELY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28