```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  STEPHEN BETZ, Bar #234510
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant AMMON MCNEELY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 06-MJ-0120 WMW |
| *Plaintiff,* | ) NOTICE OF MOTION IN MOTION FOR |
| v. | ) DISCOVERY |
| AMMON MCNEELY, | ) Date: NOVEMBER 1, 2006 |
| | ) Time: 10:00 A.M. |
| *Defendant.* | ) Judge: Hon. William M. Wunderlich |
| _____ | ) |

TO:   McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND BETH WALDOW, LEGAL OFFICER:

PLEASE TAKE NOTICE that on November 1, 2006, at 10:00 a.m. in the courtroom of the Honorable Judge William M. Wunderlich in the United States Courthouse in Yosemite National Park, Defendant, Ammon McNeely, by and through his attorney of record, will and does hereby move this court for an order directing the government to permit discovery, inspection and copying of items more fully described in the memorandum of points and authorities in support of this motion.  This motion is made pursuant to Rule 16, Federal Rules of Criminal Procedure, Eastern District of California Local Rule Crim 16-440, *Brady v. Maryland*, 373 U.S. 83 (1963), and such other statutory and constitutional rules relating to discovery as may be applicable.

This motion is based on the court file, including the information and previous requests and orders for discovery, the attached memorandum of points and authorities with declaration of counsel, and such

further law and evidence as may be presented at time of the hearing.

Dated:  October 13, 2006

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

                                                  <u>/S/ Stephen Betz</u>
                                                  STEPHEN BETZ
                                                  Staff Attorney
                                                  Attorney for Defendant
                                                  AMMON MCNEELY