IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:06-mj-120 WMW |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF |
| | ) | RANGER MICHAEL W. FOSTER |
| v. | ) | |
| | ) | Date: November 20, 2006 |
| AMMON J. McNEELY | ) | Time: 10:00 a.m. |
| Defendant. | ) | Court: U.S. Magistrate |
| | ) | Judge: |
| | ) | Hon. William M. Wunderlich |

I, Ranger Michael W. Foster, being duly sworn, depose and state the following:

1. I am a supervisory law enforcement park ranger with the National Park Service, currently at Yosemite National Park ("Park") and I have been a law enforcement ranger for twelve years.

2. In preparation for this job I received eighteen weeks of law enforcement training at the Federal Law Enforcement Training Center in 1999; which included training in the detection and enforcement of Driving While Under the Influence of Alcohol/Drugs ("DUI").

3. I attend a minimum of 40 hours of law enforcement training annually. In 2002 this included a twenty-four hour DUI training, wet lab and certified Standardized Field Sobriety Test ("FST") Class instructed by Miami Dade Police Department.

1

4. I have been a supervisory law enforcement ranger at Yosemite National Park for approximately 1.5 years. During my law enforcement career I have participated in approximately 120-150 DUI stops and made approximately eighty DUI arrests.

5. On July 23, 2006, at approximately 7:30 p.m., I was on-duty and monitoring traffic along Southside Drive in Yosemite Valley and within the boundaries of Yosemite National Park. I was in a marked patrol car and stopped along the left side of the road in a pull-out and operating a Kustom Golden Eagle Radar unit. The portion of Southside Drive near the Geologic Exhibit Turnout is a two lane, one-way road with the flow of traffic moving in a eastward direction. I was stopped facing on-coming traffic. Traffic flow was moderate.

6. I saw a grey four-door Mercury driving eastbound on Southside Drive in the right lane and approaching my location at a high rate of speed. The grey Mercury was weaving side to side within the lane and I observed the headlights wobbling back and forth. I visually estimated the speed to be approximately 50 miles per hour ("mph"). The speed limit is posted as 35 mph along this portion of Southside Drive. The Kustom radar unit gave an audible alert and displayed a speed of 48 miles per hour. After the gray Mercury passed my location I pulled out into the flow of traffic and drove in an easterly direction following the Mercury. I turned on my overhead emergency lights and pulled forward and then into the right lane of

traffic directly behind the grey Mercury. The grey car did not slow down immediately but within 15-30 seconds the car braked hard and the front end dipped forward. The grey car abruptly swerved to the left and then swerved back to center and then reduced its speed to 25 mph, the posted speed limit was still 35 mph. My overhead emergency lights were still flashing and the grey car continued to drive for approximately one mile. The grey car passed two pullouts, one was paved and one was gravel, and then finally pulled over, braked hard, and stopped on the road shoulder.

7. I contacted the driver of the grey Mercury who was identified by his California driver's license as the defendant, Ammon McNeely. I observed that the defendant smelled of a strong odor of alcoholic beverage, had blood shot and watery eyes and appeared disheveled with his shirt buttoned into the wrong holes. The defendant stated that he had consumed "...three beers over several hours before leaving Tuolumne." I administered standardized field sobriety tests to the defendant and based upon his performance, my observations, and the totality of the circumstances I placed him under arrest for Driving While Under the Influence of Alcohol.

8. Once the defendant was transported to the Yosemite Holding Facility he submitted to a breath test on the Alcotest 7410 and twice produced breath alcohol samples showing .19 grams per 210 liters of breath.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 10/27/06

_____
Ranger Michael W. Foster
Supervisory Law Enforcement Ranger
Yosemite National Park