1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  STEPHEN BETZ, Bar #234510
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  AMMON MCNEELY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO.  06-mj-0120
                                   )
12              Plaintiff,         )   DECLARATION IN SUPPORT OF
                                   )   MEMORANDUM OF POINTS AND
13      v.                         )   AUTHORITIES TO SUPPRESS EVIDENCE
                                   )
14 AMMON MCNEELY,                  )   Date:   November 20, 2006
                                   )   Time:   10:00 a.m.
15              Defendant.         )   Judge: Hon. William M. Wunderlich
                                   )
16 _____)

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

# DECLARATION OF AMMON MCNEELY

I, Ammon McNeely, state and declare under penalty of perjury:

1. On or about July 23, 2006, I was in Yosemite National Park with several friends.
2. To the best of my memory sometime between 6:15 p.m. to 7:15 p.m. I, and a number of my friends, were sitting in the meadow when we observed Ranger Foster drive by.
3. At the time Ranger Foster drove by my friends were drinking alcohol, I however, was not drinking alcohol at the time he drove by.
4. As Ranger Foster drove by the group of people, most of those who were present waived to him and he waived back.
5. I have come in contact with a number of rangers in Yosemite National Park, including Ranger Foster, and I am well known in the park by the rangers.
6. I got into my car, a four cylinder 1990 Mercury Tracer, and began started heading into Yosemite Village.
7. As I was heading to the Village I approached a yield sign and had to stop at this sign because of other traffic in the area.
8. The yield sign was approximately 150 yards from where I would eventually pass Ranger Foster's vehicle.
9. At the time I passed Ranger Foster's vehicle I was obeying the Federal and State Traffic laws regarding speed and lane of travel.
10. Before I approached Ranger Foster I was not weaving in or out of my lane.
11. When I passed Ranger Foster's vehicle I was not driving above the posted speed limit.
12. I know this not only from memory but I also know this because of the engine size of my vehicle, the age of my vehicle, and the number of miles that are on the engine I could not reach a speed of 48 miles per hour in such a short distance.
13. There were approximately three other cars on the road in the exact same area at the exact time when I passed Ranger Foster's vehicle.

14. I was in the far right hand lane of the road and Ranger Foster's vehicle was parked on the left side of the road.

15. The cars that passed me at the time I passed Ranger Foster's vehicle were in left lane of traffic closest to Ranger Foster's vehicle.

16. Although, it is difficult for me to remember because of the passage of time, to the best of my memory Ranger Foster informed me he did not have a radar device in his vehicle at that time.

17. If my memory is incorrect I believe that Ranger Foster could have received a speed reading from one of the other vehicles that passed Ranger Foster's location at the same time I did as these vehicles were actually passing me and therefore must have been driving faster than I was.

18. I believe it may have been possible that Ranger Foster targeted my vehicle because he had seen me with individuals who were drinking alcohol earlier in the day and wanted to determine if I was driving under the influence.

Signed under penalty of perjury this <u>31</u> day of <u>October</u> 2006, at <u>Las Vegas, Nevada.</u>

/s/ Ammon McNeely
AMMON McNEELY


Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


Dated: October 28, 2006         /s/ Stephen Betz
STEPHEN BETZ
Staff Attorney
Attorney for Defendant
AMMON MCNEELY

McNeely-Declaration in Support of Motion to Suppress         −3−