ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243


**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CASE NO. 6:06-mj-0120 |
| )| |
| Plaintiff,          .            ) | ORDER TO DENY DEFENDANT'S |
| ) | MOTION TO SUPPRESS |
| v.                            ) . | |
| ) | |
| AMMON McNEELY,                       ) | Date: November 20, 2006 |
| ) | Time: 10:00 a.m. |
| Defendant.               ) | Courtroom: U.S. Magistrate |
| ) | Judge: |
| ) | Hon. William M. Wunderlich |
| ) | |
| ) | |
| ) | |

For the reasons stated in the United States Government Response
in Opposition to Defendant's Motion to Suppress the United
States Government, through its representative Elizabeth Waldow,
respectfully requests that the Defendant's Motion to Suppress
be denied.

Respectfully submitted,


Dated: November 21,, 2006        /s/Elizabeth Waldow
                                       Elizabeth Waldow
                                       National Park Service


**ORDER**

It is so ordered.


Date:_____     _____

                                       The Hon. William M. Wunderlich
                                       Magistrate Judge for the
                                       Eastern District of California