ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:06-mj-0120 |
| Plaintiff, | ORDER TO DENY DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| AMMON McNEELY, | Date: November 20, 2006<br>Time: 10:00 a.m.<br>Courtroom: U.S. Magistrate Judge:<br>Hon. William M. Wunderlich |
| Defendant. | |

For the reasons stated in the United States Government Response in Denial of Defendant's Motion to Suppress the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion to Suppress be denied.

1

Respectfully submitted,

Dated: November 21, 2006               /s/Elizabeth Waldow
                                       Elizabeth Waldow
                                       National Park Service

**ORDER**

It is so ordered.

Date: 11-28-06                         [signature]

                                       The Hon. William M. Wunderlich
                                       Magistrate Judge for the
                                       Eastern District of California