```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
 3  P.O. Box 517
    Yosemite, California  95389
 4  Telephone: (209) 372-0243
 5
 6
                   IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10
    UNITED STATES OF AMERICA,    )   CASE NO. 6:06-mj-0120
11                               )
            Plaintiff,           )   ORDER TO DENY DEFENDANT'S
12                               )   MOTION TO SUPPRESS
            v.                   )
13                               )
    AMMON McNEELY,               )   Date: November 20, 2006
14                               )   Time: 10:00 a.m.
            Defendant.           )   Courtroom: U.S. Magistrate
15                               )   Judge:
                                 )   Hon. William M. Wunderlich
16                               )
                                 )
17  _____ )
18
    For the reasons stated in the United States Government Response
19
    in Denial of Defendant's Motion to Suppress the United States
20
    Government, through its representative Elizabeth Waldow,
21
    respectfully requests that the Defendant's Motion to Suppress
22
    be denied.
23
24
25
26
27
28
```

Respectfully submitted,


Dated: November 21,, 2006                /s/Elizabeth Waldow
                                         Elizabeth Waldow
                                         National Park Service


**ORDER**

It is so ordered.


Date:_____    _____

                                The Hon. William M. Wunderlich
                                Magistrate Judge for the
                                Eastern District of California




IT IS SO ORDERED.

**Dated:   January 19, 2007**            **/s/  William M. Wunderlich**
mmkd34                                   UNITED STATES MAGISTRATE JUDGE

2